IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEON COUNTY,

      Petitioner,

v.

JAN K. SEBASTIAN,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1513

Opinion filed May 5, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

Dale A. Scott and Michael J. Roper of Bell & Roper, P.A., Orlando, for Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.